# MEMORANDUM DECISIONS

Ex parte BOX. (Court of Criminal Appeals of Texas. May 24, 1911.) Appeal from District Court, Henderson County; B. H. Gardner, Judge. Habeas corpus proceeding on relation of Pleas Box. Judgment remanding relator without bail, and he appeals. Reversed, and bail fixed. W. R. Bishop and E. P. Miller, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. The relator was indicted for murder, and was on his petition granted a hearing upon habeas corpus. The court below remanded him without bail. We have carefully gone over the record, and it is our opinion that the judgment of the district judge denying bail was wrong. We hold that the appellant was entitled to bail. We reverse the judgment of the district court denying bail, and fix the amount of the bond at $2,500.

---

CLARK v. STATE. (Court of Criminal Appeals of Texas. June 7, 1911.) Appeal from Lavaca County Court; P. H. Green, Judge. Burt Clark was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us without bills of exception or statement of facts. In the attitude it is presented to the court, there is nothing for review, and the judgment is affirmed.

---

Ex parte STREIGHT. (Court of Criminal Appeals of Texas. June 23, 1911.) Application for habeas corpus to obtain bail by Minnie Lee Streight. Granted. See, also, 138 S. W. 742. Williams & Williams, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This is an original application for a writ of habeas corpus which was granted by this court. Pending a hearing, bail was granted in the sum of $10,000. There are some questions presented for revision which are deemed unnecessary to be discussed, inasmuch as the main question to be decided is whether the applicant is entitled to bail. After a revision of the matters involved, it is the opinion of the court that applicant is entitled to bail, and the amount of it is fixed in the sum of $10,000. This bond will be taken by the sheriff of McLennan county for the appearance of the applicant before the district court of Coryell county, in accordance with the terms of law. After approving same, he will forward it to the district clerk of Coryell county, to be filed among the papers of the case in that court. Bail is therefore granted in the sum of $10,000.

---

WILCOX v. STATE. (Court of Criminal Appeals of Texas. June 7, 1911.) Appeal from District Court, El Paso County; James R. Harper, Judge. Harry Wilcox was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us without a statement of facts or bills of exception. The matters presented in the court below in the motion for new trial cannot be considered without the evidence. The judgment is affirmed.

PADGITT v. FT. WORTH & R. G. RY. CO. (Court of Civil Appeals of Texas. Austin. June 7, 1911.) Error from Brown County Court; A. M. Brumfield, Judge. Action by G. M. Padgitt against the Ft. Worth & Rio Grande Railway Company. Judgment for defendant, and plaintiff brings error. Affirmed. See, also, 136 S. W. 442. Harrison & Wayman, for plaintiff in error. Andrews, Ball & Streetman and C. L. McCartney, for defendant in error.

KEY, C. J. In this case the plaintiff sought to recover from the defendant railway company the value of a mule, which was struck and killed by one of defendant's trains. The trial resulted in a verdict and judgment for the defendant, and the plaintiff has brought the case to this court by writ of error. We have considered all the assignments presented, and reached the conclusion that reversible error has not been shown. We hold that no affirmative error has been pointed out in the charge of the court, and that plaintiff in error's requested instructions were properly refused. Judgment affirmed.

---

SCAIEF et al. v. SHAW et al. (Court of Civil Appeals of Texas. San Antonio. June 14, 1911. Rehearing denied July 1, 1911.) Appeal from District Court, Bexar County; J. L. Camp, Judge. Action by A. W. Shaw and others against A. C. Scaief and others. From an interlocutory order granting a temporary injunction, defendants appeal. Affirmed. James G. Browning and Davis & Lipscomb, for appellants. Keller & Keller, for appellees.

NEILL, J. This is an appeal from an interlocutory order granting a temporary writ of injunction. We are of opinion that the writ was properly granted. Therefore the order is affirmed.

---

SMITH et al. v. PITTS et al. (Court of Civil Appeals of Texas. San Antonio. May 31, 1911.) Appeal from District Court, Hall County; L. S. Kinder, Judge. Action by J. T. Pitts against A. M. Smith and others. From a judgment for plaintiffs, all of the defendants except C. Wilson appeal. Affirmed.

FLY, J. This is a suit on two promissory notes of $300 each and to foreclose a lien on a certain engine and threshing machine, four disc plows, and cooking utensils, instituted by appellee, Pitts, against A. M. Smith, O. C. Smith, T. W. Smith, and C. Wilson. Judgment was rendered against all of them for $785.56, and all appealed except Wilson. Appellants have not filed any briefs in this court, and the judgment will be affirmed.